# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2708 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 42 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 94543 |
| | : | |
| PETER JUDE CAROFF, | : | (Allegheny County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of June, 2020, upon consideration of the Report and Recommendations of the Disciplinary Board, Peter Jude Caroff is suspended from the Bar of this Commonwealth for a period of one year and one day. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).